UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dallas P. Brewer, | Civil No. 14-1413 (PAM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois, dated May 9, 2014.

The R&R recommended that the Court dismiss Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 for lack of jurisdiction and deny Petitioner's application to proceed in forma pauperis as moot. Petitioner has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. The Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED**; and

3. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 3, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge